IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM PETERS,
    Plaintiff,

vs.                                        CASE NO.:  3:08cv551/MCR/MD

WALTER A. MCNEIL, et al.,
    Defendants.
_____/

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 3, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff Peters' notice of voluntary dismissal (doc. 9) is granted, this case is dismissed without prejudice, and the clerk is directed to close the file.

    DONE AND ORDERED this 19th day of June, 2009.

                                            *s/ M. Casey Rodgers*
                                            M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE